RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 4/1/16
BY gbl

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SILENTOE K. FOSTER | DOCKET NO. 15-CV-2459 |
| VERSUS | JUDGE TRIMBLE |
| JOHN MCCAIN, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED AND DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 1st day of April, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE